SAO
M. HUNTER TERRY, ESQ.
Nevada Bar No. 15824
Hunter Terry Law, PLLC
3100 W. Charleston Blvd.
Ste. 200
Las Vegas, NV 89102
(702) 900-6078
Hunter@HunterTerryLaw.com
*Attorney for Defendant*
*David J. Butte*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID J. BUTTE,<br><br>**Plaintiff,**<br><br>v.<br><br>WASHOE COUNTY DISTRICT ATTORNEY and WASHOE COUNTY HEALTH AND HUMAN SERVICES,<br><br>**Defendant.** | Case No. 3:24-CV-00131-MMD-CSD<br><br><u>**ORDER GRANTING STIPULATION EXTENDING TIME**</u> |

COME NOW, the parties, by and through their attorneys M. HUNTER TERRY, Esq. for the Plaintiff, and MICHAEL W. LARGE, Esq. and LINDSAY L. LIDDELL, Esq., for the Defendants, and enter into the following Stipulation.

Defendants filed a Motion to Dismiss on April 8, 2024. The Court issued a Minute Order on April 9, 2024, regarding the requirements of *Klingele v. Eikenberry* and *Rand v. Rowland*, stating that from that date Plaintiff had 14 days to respond to the Motion to Dismiss. Accordingly, the deadline for the aforementioned response is April 23. After seeking referrals from the State Bar of Nevada, Plaintiff was able to retain Counsel on April 17th, 2024.

By way of this stipulation, the parties agree and request that Plaintiff has until May 6th,

2024 by which to file an Opposition, and Defendants have the following seven (7) days to file a Reply.

Date this 22nd day of April, 2024

| HUNTER TERRY LAW, PLLC | CHRISTOPHER HICKS<br>District Atorney |
|---|---|
| By: */s/ M. Hunter Terry* | By: */s/ Michael W. Large* |
| M. HUNTER TERRY<br>Nevada Bar No. 15824<br>Hunter Terry Law<br>3100 W. Charleston Blvd., Ste 200<br>Las Vegas, NV 89102<br>HunterTerryLaw@gmail.com<br>(702) 900-6078<br>*Counsel for Plaintiff*<br>*David J. Butte* | MICHAEL W. LARGE<br>Deputy District Attorney<br>SBN No. 10119<br>LINDSAY L. LIDDELL<br>Deputy District Attorney<br>SBN No. 14079<br>One South Sierra Street<br>Reno, NV 89501<br>MLarge@da.washoecounty.gov<br>LLiddell@da.washoecounty.gov<br>773-337-5700<br>*Counsel for Defendants*<br>*Washoe County District Attorney*<br>*And Washoe County Health and*<br>*Human Services* |

## ORDER EXTENDING TIME

The Court having considered the reasons submitted for this Opposition being accepted on order extending time and good cause appearing therefore,

IT IS HEREBY ORDERED that the deadline for receiving Plaintiff's Opposition to the Motion to Dismiss in the above-captioned action before this Court be the **6th**

day of __May__, 2024,

IT IS FURTHER ORDERED that the deadline for Defendants to file a Reply is also extended to 7 days beyond receipt of the Opposition.

DATED THIS 26th Day of April 2024.

_____
MIRANDA M. DU
Chief United States District Court Judge